Mr. SAM MARLON ALVAREZ, #29147-280
F.P.C., Tilden Unit
P.O. Box 4200
Three Rivers, Texas 78071

2015 MAY 26 AM 11:20

21 May, 2015

Fourth Court of Appeals District
Attn: Deputy Clerk, Ms. Estrada
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

RE: **Status Of Appealed Case No.: 04-14-00397-CV**

Dear Ms. Estrada:

I wish to thank you for your superior assistance in my Appeals Case. Without your assistance I would have been saddled with charges that would have haunted me the rest of my life, and would have greatly degraded my already challenging return to society as it is. So "Thank You" for making sure that all my filings and brief's were directed correctly to the correct judges in this matter.

If possible, could you please send me a copy of the final outcome of my Appeals Hearing, and what the Honorable Justices determined in my case. I really would appreciate to have a copy of the final verdict in this matter just in case anything is said against me concerning the false accusations levied against me in the district court, I'll have proof that all those fabricated statements were over turned at the Appellate lever.

Once again, I really appreciate all that you've done for me and my Children, and may the Lord richly bless you and yours for the good that you're doing for us out here, there in your court.

Appreciatively,

Sam M. Alvarez, Petitioner, **Pro se**

Cc: File Copy

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
22 MAY 2015 PM 1 L

FOREVER

Sam V. Alvarez, #29147-280
Federal Prison Camp, Tilden unit
P.O. Box 4200
Three Rivers, Texas 78071

#29147-280 ~

Texas Court Of Appeals
4th Court of Appeals
- Cadena Reeves Justice Center
300 Dolorosa Suite 3200
SAN Antonio, TX 78205
United States

78205303799